FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 30  AM 10: 53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARRETT KINARD,                )
                               )
    Petitioner,                )
                               )
v.                             )    CASE NO. CV413-209
                               )
CHRIS HILL, Warden, Bullock    )
County Jail,                   )
                               )
    Respondent.                )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia, Columbus Division. Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 30th day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA