FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 30 AM 10: 53
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARRETT KINARD,

    Petitioner,

v.

CHRIS HILL, Warden, Bullock County Jail,

    Respondent.

CASE NO. CV413-209

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia, Columbus Division. Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 30th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA